■ In the Matter of MARTIN B. McKNEALLY, an Attorney, Respondent. ORANGE COUNTY BAR ASSOCIATION, Petitioner. Motion by respondent, *inter alia,* to open his defaults in the proceeding and for leave to submit relevant information. Motion granted to the extent that the material submitted by respondent is accepted for consideration, and it has been considered by the court. Gulotta, P. J., Martuscello, Shapiro, Christ and Munder, JJ., concur.